IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICKEY RANDELL REX SMITH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:18-CV-538-WKW |
| | ) | (WO) |
| UNITED STATES OF AMERICA,[1] | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On June 13, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 3) is ADOPTED and that the 28 U.S.C. § 2255 motion is DISMISSED for lack of jurisdiction.

A separate final judgment will be entered.

DONE this 13th day of July, 2018.

                                               /s/ W. Keith Watkins
                                     CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Clerk of the Court is directed to correct the docket sheet to reflect that the United States District Court for the Middle District of Alabama is not a respondent in this case. 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained.").